No. 83–1919. CITY OF OKLAHOMA CITY *v.* TUTTLE, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF TUTTLE.

C. A. 10th Cir. Certiorari granted. 